**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-02615-JLK

BARBARA UREY,

       Plaintiff,

  v.

OPPENHEIMERFUNDS, INC., a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

       Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY**

---

      This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay (doc. #4), filed February 15, 2012.  The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion.  This matter is stayed through and including Friday, April 13, 2012.  If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

    DONE this 15th day of February, 2012.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court